## Charles DeLeuw and Company, Appellee, v. City of Dixon, Appellant.

### Gen. No. 9,351.

opinion
filed September 19, 1939. Gerald Jones and Clyde Smith, for appellant; Dixon, Devine, Bracken & Dixon and Mason & Mason, for appellee; George A. Mason, of counsel. Opinion by JUSTICE HUFFMAN. "Not to be published in full."